HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
MEGAN WINGO
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JOHN CAL HOWE,II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00186-EFB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MOTION TO DISSMISS |
| v. | Date:   February 8, 2016 |
| JOHN CAL HOWE,II, | Time:   10 a.m. |
| Defendant. | Judge:  Hon. Edmund F. Brennan |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ELLIOT WONG and Chief Assistant Federal Defender LINDA C. HARTER attorney for JOHN CAL HOWE,II, that the Court continue motion to dismiss on January 14, 2016 to February 8, 2016 at 10 a.m.

   IT IS FURTHER STIPULATED that the Defendant's motion will be filed by December 31, 2015, the Government's response shall be due January 14, 2016, and the Defendant's reply shall be due January 21, 2016.

   The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, because defense counsel needs additional time to draft the motion.

-1-

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 8, 2016, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4]; 18 U.S.C.§ 3161(h)(1)(D) [Local Code E].

DATED: December 16, 2015            Respectfully submitted,

                                    HEATHER WILLIAMS
                                    Federal Defender

                                    /s/Linda Harter
                                    LINDA HARTER
                                    Chief Assistant to the Federal Defender
                                    Attorneys for Defendant
                                    JOHN CAL HOWE,II

Dated:  December 16, 2015           BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Linda C. Harter for*
                                    ELLIOT WONG
                                    Special Assistant United States Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, December 16, 2015 up to and including February 8, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

§3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).  The period of time is also excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) [Local Code E] because the delay relates to a pretrial motion awaiting prompt disposition.   It is further ordered that the January 14, 2016 motion to dismiss shall be continued to February 8, 2016 at 10 a.m.

Dated:  December 17, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE