1  BENJAMIN B. WAGNER
   United States Attorney
2  ELLIOT C. WONG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) 2:15-CR-0186-EFB
                                    )
12         Plaintiff,               ) STIPULATION AND [~~Proposed~~] ORDER
                                    ) TO CONTINUE JUDGMENT AND
13     v.                           ) SENTENCING
                                    )
14 JOHN CAL HOWE II,                ) DATE:  May 23, 2016
                                    ) TIME:  2:00 p.m.
15         Defendants.              ) JUDGE: Hon. Edmund F. Brennan
                                    )
16                                  )
                                    )
17 _____)

18      The United States and defendant John Cal Howe II, by and through

19 their undersigned attorneys, hereby stipulate and request that the

20 judgment and sentencing hearing currently set for April 25, 2016 at

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                            1

2:00 p.m. be continued until May 23, 2016 at 2:00 p.m.


DATED: April 21, 2016                BENJAMIN B. WAGNER
                                     United States Attorney

                              By:    /s/ Elliot C. Wong
                                     ELLIOT C. WONG
                                     Special Assistant U.S. Attorney


DATED: April 21, 2016


                              By:    /s/ Linda Allison
                                     Linda Allison
                                     Counsel for Defendant


                              ORDER

    It is hereby ordered that the judgment and sentencing hearing
currently set for April 25, 2016 at 2:00 p.m. be continued until May
23, 2016 at 2:00 p.m.

DATED:  April 25, 2016

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE