UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:15-cr-00186-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| JOHN CAL HOWE, II, | |
| Defendant. | |

The Court is in receipt of Defendant's Motion for Bail Pending Appeal.  ECF No. 43.  That Motion is DENIED.

IT IS SO ORDERED.

Dated:  September 22, 2016

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1