UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00194-KJN |
| | ) | |
| Plaintiff, | ) | **RELATED CASE ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN CAL HOWE II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00186-EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN CAL HOWE II, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Examination of the above-entitled criminal actions reveals that the actions are related within the meaning of E.D. Cal. Local Rule 123.  The actions arise out of the same transaction or series of transactions, involve the same defendant, and would therefore entail a substantial duplication of labor if heard by different judges.

RELATED CASE ORDER

Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result of both actions assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to who the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:16-cr-00194-KJN be, and the same hereby is, reassigned to the undersigned for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as 2:16-cr-00194-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: October 26, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

RELATED CASE ORDER